**MEMO ENDORSED**

# CILENTI & COOPER, PLLC
ATTORNEYS AT LAW
10 Grand Central
155 East 44th Street - 6th Floor
New York, New York 10017
_____
Telephone (212) 209-3933
Facsimile (212) 209-7102

**REQUEST FOR EXTENSION OF TIME**

April 22, 2021

> The request is GRANTED. Defendants shall appear and the parties shall file a proposed settlement agreement or otherwise provide a status update by no later than May 7, 2021. It is SO ORDERED.
>
> Edgardo Ramos, U.S.D.J
> Dated: 4/22/2021
> New York, New York

**VIA ECF**

Chambers of Honorable Edgardo Ramos, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:       *Raul Armenta Anastacio v. Ephesus Corp., et. al.*
Case No.: 19 Civ. 9745 (ER)(KNF)

Dear Judge Ramos,

    We are counsel for plaintiff, and we write with reference to the court's order that defendants provide a status report by April 26, 2021 [Docket 24]. On behalf of defendants, we respectfully request a two (2) week extension of time for defendants to appear. The parties are in the process of negotiating a resolution of this case and expect to seek the court's approval within that time.

    This is a consent application, and no other deadlines will be affected. On behalf of the parties, we thank you for your consideration of this case.

Respectfully,

/s/ Peter Hans Cooper

Peter H. Cooper

cc:   Defendants (Via E-mail to: kelly@sprfllp.com)